IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| CATHERINE EARP, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 08-1217-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MULTNOMAH COUNTY HEALTH DEPARTMENT, and VALERIE WHITTLESEY, in her official capacity and as an individual, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

George P. Fisher
3635 SW Dosch Road
Portland, Oregon  97239

    Attorney for Plaintiff

Agnes Sowle
County Attorney for
Multnomah County, Oregon
Jenny M. Morf

Page 1 - JUDGMENT

Bernadette D. Nunley
Assistant County Attorneys
501 SE Hawthorne Blvd., Suite 500
Portland, Oregon  97214-3587

    Attorneys for Defendants

KING, Judge:

Based on the record,

IT IS HEREBY ORDERED THAT,

the plaintiff Catherine Earp recover from the defendant Multnomah County Health Department and Valerie Whittlesey, the amount of $15,001.01, along with reasonable costs and attorney fees incurred as of October 12, 2009.

Dated this ____12th____ day of November, 2009.

                         /s/ Garr M. King
                        Garr M. King
                        United States District Judge